DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>RHODE ISLAND Misc.#99-25ML |
|---|---|

TO THE MARSHAL OF:

UNITED STATES for the District of RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Jonathan S. Oster, Esquire
c/o Lannan Trucking, Inc.
1525 Old Louisquisset Pike
Suite C230
Lincoln, Rhode Island 02865

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

$213,468.34, plus interest of $80,851.17 for a total of $294,319.51
and

in the United States District Court for the Southern District of New York, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
ORIX CREDIT ALLIANCE, INC. V. JIACOVELLI PAVING, INC. T/A JOHN M. LANNAN CONSTRUCTION, LANNAN TRUCKING, INC. and JOHN M. LANNAN C.A. No.:98-5286(JES) and FILED WITH THE UNITED STATES DISTRICT COURT for the District of RHODE ISLAND as MISC.#99-25ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| US DISTRICT COURT | RHODE ISLAND |
| CITY<br>PROVIDENCE, RHODE ISLAND | DATE |

Witness the Honorable ______________________
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| June 6, 2007 | (BY) DEPUTY CLERK<br>Lucia Christina [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>RHODE ISLAND Misc.#99-25ML |
|---|---|

TO THE MARSHAL OF:

UNITED STATES for the District of RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
LANNAN TRUCKING, INC
34 BROAD COMMON ROAD
BRISTOL, RHODE ISLAND 02809
ATTN: HEIDI DaSilva

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

$213,468.34, plus interest of $80,851.17 for a total of $294,319.51

and

in the United States District Court for the Southern District of New York, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ORIX CREDIT ALLIANCE, INC. V. JIACOVELLI PAVING, INC. T/A JOHN M. LANNAN CONSTRUCTION, LANNAN TRUCKING, INC. and JOHN M. LANNAN C.A. No.:98-5286(JES) and FILED WITH THE UNITED STATES DISTRICT COURT for the District of RHODE ISLAND as MISC.#99-25ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>US DISTRICT COURT | DISTRICT<br>RHODE ISLAND |
|---|---|
| CITY<br>PROVIDENCE, RHODE ISLAND | DATE |

Witness the Honorable ______________________
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| June 6, 2007 | (BY) DEPUTY CLERK<br>[signature] |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |