**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

ORIX CREDIT ALLIANCE, INC.

V.
JIACOVELLI PAVING, INC.
T/A JOHN M. LANNAN CONSTRUCTION,
LANNAN TRUCKING, INC. and JOHN M. LANNAN M.P. 99-25ML

**AFFIDAVIT OF PLAINTIFF, ORIX CREDIT ALLIANCE, INC.
IN ACCORDANCE WITH LOCAL RULE OF CIVIL PROCEDURE 69**

Now comes Paul J. Bogosian, Jr., attorney for Plaintiff, Orix Credit Alliance, Inc., and hereby submits the within Affidavit pursuant to Local Rule of Civil Procedure 69(b):

1. That I am an attorney duly licensed to practice in the State of Rhode Island and the United States District Court for the District of Rhode Island;

2. That the within action was a domestication of a judgment rendered by the United States District Court for the Southern District of New York and the action entitled *Orix Credit Alliance, Inc. v. Jiacovelli Paving, Inc. T/A John M. Lannan Construction, Lannan Trucking, Inc., and John M. Lannan* bearing civil action number 98-5286(JES) (the "New York Judgment");

3. That the total amount of the New York Judgment entered on January 12, 1999 was $213,468.34 as set forth in the Default Judgment filed herein;

4. That in accordance with 28 USC §1961 interest on said judgment accrues at the rate of 4.545% per year;

5. The use of the interest rate referenced above, interest has accrued for eight (8) years and four (4) months (totaling $80,851.17) resulting in the total amount due of $294,319.51 plus costs;

6. That Plaintiff has caused demand to be made upon Defendants, John M. Lannan and Lannan Trucking, Inc. (Defendant Jiacovelli Paving, Inc. having filed receivership resulting in all actions having been stayed against it). Copies of correspondence sent certified mail, return receipt requested to the said John M. Lannan and the said Lannan Trucking, Inc. are attached hereto.

7. That the demand as set forth in the preceding paragraph notwithstanding, Defendants Lannan Trucking, Inc. and John M. Lannan have failed to make payment as of the date hereof.

8. To the best of the knowledge of the undersigned, the aforementioned demand and the failure of the Defendants to plead or otherwise defend to the underlying suit filed in the Southern District of New York, the aforementioned sum of the judgment and accrued interest is outstanding and due and payable.

ORIX FINANCIAL SERVICES, INC.
By its Attorneys:

**MOORE & BOGOSIAN**

Paul J. Bogosian, Jr., Esq. #2233
49 Weybosset Street, 4th Fl.
Providence, RI 02903
Telephone (401) 455-2020
Fax (401) 455-2022

STATE OF RHODE ISLAND
COUNTY OF Providence

Subscribed and sworn to before me this 5th day of June, 2007.

Notary Public Michelle S. Franco
My Commission Expires: 7-14-09.

Moore & Bogosian
ATTORNEYS AT LAW

49 Weybosset Street
Providence, Rhode Island 02903

Hugh L. Moore *
Paul J. Bogosian, Jr. *

* Also Admitted in Massachusetts

Tel: (401) 455-2020
Fax: (401) 455-2022

April 2, 2007

Lannan Trucking, Inc.
Attn: Heidi DaSilva, President
34 Broad Common Road
Bristol, Rhode Island 02809

**RE: Orix Credit Alliance Inc. v. Jiacovelli Paving, Inc. t/a John M. Lannan Construction, Lannan Trucking, Inc. and John M. Lannan**

Dear Ms. DaSilva:

Please be advised the undersigned is attorney for Orix Credit Alliance Inc. On January 19, 1999 Orix Credit Alliance Inc. obtained a default judgment against you and Lannan Trucking Inc., jointly and severally in the amount of $231,468.34 plus interest from that date. [1] The aforementioned action has been domesticated with the United States District Court for the District of Rhode Island and bears miscellaneous petition number 99-25 ML.

Since the date of the default judgment, additional interest in the amount of $79,234.14 has accrued. As such, the total amount due as of the date hereof is $292,702.48. Demand is hereby made upon you for payment of the sum of $292,702.48 within ten (10) days of the date hereof to avoid further action to collect this debt.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---

[1] 1. The judgment was also entered against Jiacovelli Paving Inc. which has subsequently filed for receivership, resulting in a stay of all actions against it.

Very truly, yours,

Paul J. Bogosian, Jr.

PJB/nmr

cc: Jonathan S. Oster, Esquire
1525 Old Louisquisset Pike
Suite C230
Lincoln, Rhode Island 02865

Sent via Regular Mail and Certified # **7002 2410 0007 0132 7189**

Moore & Bogosian
ATTORNEYS AT LAW

49 Weybosset Street
Providence, Rhode Island 02903

Hugh L. Moore *
Paul J. Bogosian, Jr. *

* Also Admitted in Massachusetts

Tel: (401) 455-2020
Fax: (401) 455-2022

April 2, 2007

John M. Lannan
3 Doris Avenue
Bristol, Rhode Island 02809

**RE: Orix Credit Alliance Inc. v. Jiacovelli Paving, Inc. t/a John M. Lannan Construction, Lannan Trucking, Inc. and John M. Lannan**

Dear Mr. Lannan:

Please be advised the undersigned is attorney for Orix Credit Alliance Inc. On January 19, 1999 Orix Credit Alliance Inc. obtained a default judgment against you and Lannan Trucking Inc., jointly and severally in the amount of $213,468.34 plus interest from that date.[1] The aforementioned action has been domesticated with the United States District Court for the District of Rhode Island and bears miscellaneous petition number 99-25 ML.

Since the date of the default judgment, additional interest in the amount of $79,234.14 has accrued. As such, the total amount due as of the date hereof is $292,702.48. Demand is hereby made upon you for payment of the sum of $292,702.48 within ten (10) days of the date hereof to avoid further action to collect this debt.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

Paul J. Bogosian, Jr.

---

[1] 1. The judgment was also entered against Jiacovelli Paving Inc. which has subsequently filed for receivership, resulting in a stay of all actions against it.

PJB/nmr

cc: Jonathan S. Oster, Esquire
1525 Old Louisquisset Pike
Suite C230
Lincoln, Rhode Island 02865

Sent via Regular Mail and Certified # 7002 2410 0007 0132 7172