U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: ORIX CREDIT ALLIANCE, INC. | COURT CASE NUMBER: MISC. 99-25 ML |
| DEFENDANT: JIACOVELLI PAVING, INC.,et.al. | TYPE OF PROCESS: EXECUTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John M. Lannan

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 3 Doris Avenue, Bristol, Rhode Island 02809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul J. Bogosian, Jr., Esquire
49 Weybosset Street, 4th Floor
Providence, Rhode Island 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Record with Town of Bristol Recorder of Deeds and then serve defendant, John M. Lannan at above address.
May also be found at Lannan Trucking, Inc., 34 Broad Common Road Bristol, Rhode Island.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (401)455-2020 | June 6, 2007 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward [signature] | 6/6/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*: JOHN M. LANNAN | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)*: 34 BROADCOMMON RD BRISTOL, R.I | Date of Service: 6/7/07 | Time: 1131 am |
| | Signature of U.S. Marshal or Deputy: C.A Moore | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $112.50 | $ 15.52 | | $141.02 | $ 150.00 | | $ 7.98 |

REMARKS: SERVED IN HAND 6/7/07 32 MILES (2½ HRS) (1 DEPUTY)
DOESN'T HAVE MONEY. C.MOORE
[signature] 6-7-07
$13.00 FOR BRISTOL TOWN CLERK on 6/7/07.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

DC 11
Rev. 7/82

Document Number 00002481
BOOK 1378 PAGE 101

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>RHODE ISLAND Misc.#99-25ML |
|---|---|

TO THE MARSHAL OF:

UNITED STATES for the District of RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
JOHN M. LANNAN
3 DORIS AVENUE
BRISTOL, RHODE ISLAND 02809

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

$213,468.34, plus interest of $80,851.17 for a total of $294,319.51

and

in the United States District Court for the Southern District of New York, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ORIX CREDIT ALLIANCE, INC. V. JIACOVELLI PAVING, INC. T/A JOHN M. LANNAN CONSTRUCTION, LANNAN TRUCKING, INC. and JOHN M. LANNAN C.A. No.:98-5286(JES) and FILED WITH THE UNITED STATES DISTRICT COURT for the District of RHODE ISLAND as MISC.#99-25ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| US DISTRICT COURT | RHODE ISLAND |
| CITY<br>PROVIDENCE, RHODE ISLAND | DATE |

Witness the Honorable ______________________
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| June 6, 2007 | (BY) DEPUTY CLERK<br>Lucia Cristina Leyo |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6/7/07 | 6/7/07 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C. A. Moore |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document Number 00002481
BOOK 1378 PAGE 102

-------------------------------------------------------------X

ORIX CREDIT ALLIANCE, INC.,

Plaintiff,

-against-

JIACOVELLI PAVING, INC. T/A
JOHN M LANNAN CONSTRUCTION, LANNAN
TRUCKING, INC AND JOHN M LANNAN,

Defendants.

-------------------------------------------------------------X

**98 CIVIL** 5286(JES)

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

MISC 99 25 MC

JUDGMENT #99,0111

I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on JAN 19, 1999 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on MAR 2, 1999.

Clerk

(By) Deputy Clerk

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

1/15/99 SPR12295C

Document Number 00002481
BOOK 1378 PAGE 103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

ORIX CREDIT ALLIANCE, INC.,

Plaintiff,

-against-

JIACOVELLI PAVING, INC. t/a
JOHN M. LANNAN CONSTRUCTION,
LANNAN TRUCKING, INC. and
JOHN M. LANNAN,

Defendants.

---------------------------------------------------X

DOC #5

**DEFAULT JUDGMENT**

98 Civ. 5286 (JES)

# 99,0111

U.S. DISTRICT COURT FILED JAN 15 1999 S.D. OF N.Y.

This action having been commenced by the filing of a Complaint, dated July 21, 1998, and the issuance of a Summons on July 24, 1998, and a copy of said Summons and Complaint having been served on the Defendants on July 31, 1998, by service on Lauri Cherelstein, an officer of C-A Credit Corp., the agent for service of process designated by the Defendants under the terms of a certain Conditional Sale Contract Note and Guaranty executed by each of them respectively, and the said Summons with proof of service having been filed in the Office of the Clerk of the Court on or about August 6, 1998, and the Defendants not having answered or otherwise moved with respect to the Complaint and the time for the Defendants to appear, answer or otherwise move having expired,

**NOW,** on motion of LEWIS M. SMOLEY, attorney for Plaintiff, it is

MICROFILM JAN 15 1999 -12 00 PM

1/8/99

Exhibit A Exhibit B Exhibit C Exhibit D Exhibit E

Document Number 00002481
BOOK 1378 PAGE 104

ORDERED, ADJUDGED AND DECREED:

That the Plaintiff, ORIX CREDIT ALLIANCE, INC., have judgment against each of the Defendants JIACOVELLI PAVING, INC. t/a JOHN M. LANNAN CONSTRUCTION, LANNAN TRUCKING, INC. and JOHN M. LANNAN, jointly and severally, in the liquidated amount of $166,610.22, plus default interest thereon from July 22, 1998 to December 4, 1998 in the amount of $13,536.08, together with attorneys' fees in the amount of $33,322.04, for a total amount of $213,468.34, plus interest thereon from the date of entry hereof.

Dated: New York, New York
~~December~~ , 1998
1-12-99

U.S.D.J.

CERTIFIED
JAMES M. PARKISON
Fenton

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/19/99

Recorded Jun 07,2007 at 12:09:29P.
Louis P. Cirillo Town Clerk