U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>ORIX CREDIT ALLIANCE, INC. | COURT CASE NUMBER<br>MISC. 99-25 ML |
| DEFENDANT<br>JIACOVELLI PAVING, INC., ET.AL. | TYPE OF PROCESS<br>EXECUTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LANNAN TRUCKING, INC.
JONATHAN S. OSTER, ESQUIRE, REGISTERED AGENT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1525 Old Louisquisset Pike, Suite C230
Lincoln, Rhode Island 02865

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul J. Bogosian, Jr., Esquire
49 Weybosset Street, 4th Floor
Providence, Rhode Island 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (401)455-2020 | June 6,2007 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward Kawa | 6/6/07 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*<br>JONATHAN OSTER | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)*<br>2 EXCHANGE TERRACE<br>PROV. R.I | Date of Service<br>6-11-07 | Time 1301 am (pm) |
| | Signature of U.S. Marshal or Deputy<br>C. Moore | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 90.00 | $ 11.64 | | $101.64 | $150.00 | | $ 48.36 |

REMARKS:
NO ONE IN OFFICE 1009 HRS 6/7/07 (12 MILES) C.MOORE
(1 DEPUTY) (1 HR)
PROV.
SERVED AT OFFICE IN HAND C.MOORE
6/11/07 6/11/07 1301.HRS (12 MILES)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>RHODE ISLAND Misc.#99-25ML |
|---|---|

TO THE MARSHAL OF:

UNITED STATES for the District of RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Jonathan S. Oster, Esquire
c/o Lannan Trucking, Inc.
1525 Old Louisquisset Pike
Suite C230
Lincoln, Rhode Island 02865

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT DOLLAR AMOUNT

$213,468.34, plus interest of $80,851.17 for a total of $294,319.51

and

in the United States District Court for the Southern District of New York, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said, ORIX CREDIT ALLIANCE, INC. V. JIACOVELLI PAVING, INC. T/A JOHN M. LANNAN CONSTRUCTION, LANNAN TRUCKING, INC. and JOHN M. LANNAN C.A. No.:98-5286(JES) and FILED WITH THE UNITED STATES DISTRICT COURT for the District of RHODE ISLAND as MISC.#99-25ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| US DISTRICT COURT | RHODE ISLAND |
| CITY<br>PROVIDENCE, RHODE ISLAND | DATE |

Witness the Honorable ______________________
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| June 6, 2007 | (BY) DEPUTY CLERK<br>Lucia Costa[signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6-7-07 | 6-11-07 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A. Moore |