UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF RHODE ISLAND

ORIX CREDIT ALLIANCE, INC.

vs. Misc. No.: 99-25ML

JIACOVELLI PAVING, INC.
T/A JOHN M. LANNAN CONSTRUCTION
LANNAN TRUCKING, INC and
JOHN M. LANNAN

**STIPULATION OF DISMISSAL**

The within matter is dismissed with prejudice by the Plainttiff, Orix Credit Alliance, Inc.

PLAINTIFF,
by its attorney
**MOORE & BOGOSIAN**

Paul J. Bogosian, Jr., Esquire #2233
49 Weybosset Street
Providence, RI 02903

Dated: September 20, 2007

Enter: Mary M. Lisi
USDJ 10/10/07